1  TIMOTHY COURCHAINE
   United States Attorney
2  District of Arizona
   ADAM D. ROSSI
3  Assistant U.S. Attorney
   United States Courthouse
4  405 W. Congress Street, Suite 4800
   Tucson, Arizona 85701
5  Telephone: 520-620-7300
   Email: adam.rossi2@usdoj.gov
6  Attorneys for Plaintiff

FILED
2025 APR 16 PM 2:18
CLERK US DISTRICT COURT
DISTRICT OF ARIZONA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | CR25-01890 TUC-RCC(MSA) |
|---|---|
| Plaintiff, | |
| vs. | **INDICTMENT** |
| | VIO: 18 U.S.C. §§ 922(a)(6) and 924(a)(2) |
| 1. Eduardo Silva, (Counts 1-20), | (Material False Statement During the Purchase of a Firearm) Counts 1-25 |
| 2. Rafael Silva-Fregoso, (Counts 21-23), | 18 U.S.C. § 924(d); 28 U.S.C. § 2461(c) (Forfeiture Allegation) |
| 3. Roberto Rodriguez-Mora, (Counts 24-25) | |
| Defendants. | |

**THE GRAND JURY CHARGES:**

**COUNTS 1-20**

On or about the dates listed below, in the District of Arizona, the defendant, EDUARDO SILVA, in connection with the acquisition of firearms, knowingly made false statements and representations to the businesses listed below, which were intended and likely to deceive the business as to a fact material to the lawfulness of a sale of a firearm by the business, each of which was licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of each business listed below, in

that the defendant, in connection with the purchase of each of the firearms below, stated that he was the actual transferee/buyer of the firearm, whereas in truth and fact, he was knowingly acquiring the firearm on behalf of another individual:

| Count | Date | Business | Firearms |
|---|---|---|---|
| 1 | 12/02/2023 | Murphy's Guns | One (1) Umarex model HK416D, .22 caliber rifle |
| 2 | 01/24/2024 | Turner's Outdoorsman | One (1) Smith and Wesson model M&P 22, .22 caliber pistol |
| 3 | 01/24/2024 | Turner's Outdoorsman | One (1) Walther model WMP, .22 caliber pistol |
| 4 | 01/25/2024 | Diamondback Shooting Sports | One (1) Mossberg model 600AT, 12-gauge shotgun |
| 5 | 01/27/2024 | Elite Guns and Ammo | One (1) Smith and Wesson model M&P 22, .22 caliber pistol |
| 6 | 02/15/2024 | Sportsman's Warehouse | One (1) Keltec CNC Industries model PMR-30, .22 caliber pistol |
| 7 | 02/24/2024 | Elite Guns and Ammo | One (1) Colt model Government, .38 caliber pistol |
| 8 | 02/24/2024 | Elite Guns and Ammo | One (1) Walther model Colt Government, .22 caliber pistol |
| 9 | 02/24/2024 | Elite Guns and Ammo | One (1) CZ model CZ 600 ST2, .308 caliber rifle |
| 10 | 05/17/2024 | Quick Trip Pawn | One (1) Marlin Firearms Co. model Glenfield 60, .22 caliber rifle |
| 11 | 07/02/2024 | Elite Guns and Ammo | One (1) Ruger model 10/22, .22 caliber rifle |

| | | | |
|---|---|---|---|
| 12 | 10/26/2024 | Sportsman's Warehouse | One (1) Smith and Wesson model M&P 22 Magnum, .22 caliber pistol |
| 13 | 11/14/2024 | Quick Trip Pawn | One (1) Beretta model 80X Cheetah, .380 caliber pistol |
| 14 | 11/21/2024 | Quick Trip Pawn | One (1) Remington Arms model 870 Express Magnum, 12-gauge shotgun |
| 15 | 11/29/2024 | Quick Trip Pawn | One (1) Winchester model 290, .22 caliber rifle |
| 16 | 11/30/2024 | Sportsman's Warehouse | One (1) Istanbul Arms model Winchester SXP, 12-gauge shotgun |
| 17 | 12/02/2024 | Zona Tactical | One (1) Ruger model 10/22, .22 caliber rifle |
| 18 | 12/02/2024 | Catalina Pawn | One (1) Ruger model 10/22, .22 caliber rifle |
| 19 | 12/02/2024 | Catalina Pawn | One (1) Armscor model M1911-A1 FS, .38 caliber pistol |
| 20 | 12/02/2024 | Catalina Pawn | One (1) Sig Saur model P322, .22 caliber pistol |

All in violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

**COUNTS 21-23**

On or about the dates listed below, in the District of Arizona, the defendant, RAFAEL SILVA-FREGOSO, in connection with the acquisition of firearms, knowingly made false statements and representations to the businesses listed below, which were intended and likely to deceive the business as to a fact material to the lawfulness of a sale of a firearm by the business, each of which was licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of each business

*United States of America v. Eduardo Silva, et al.*
Indictment Page 3 of 7

listed below, in that the defendant, in connection with the purchase of each of the firearms below, stated that he was the actual transferee/buyer of the firearm, whereas in truth and fact, he was knowingly acquiring the firearm on behalf of another individual:

| Count | Date | Business | Firearms |
| --- | --- | --- | --- |
| 21 | 03/29/2024 | Catalina Pawn | One (1) Ruger model 01103, .22 caliber rifle |
| 22 | 11/02/2024 | Sportsman's Warehouse | One (1) Ruger model 10/22, .22 caliber rifle |
| 23 | 11/02/2024 | Sportsman's Warehouse | One (1) Beretta model 80X Cheetah, .380 caliber pistol |

All in violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

## COUNTS 24-25

On or about the dates listed below, in the District of Arizona, the defendant, ROBERTO RODRIGUEZ-MORA, in connection with the acquisition of firearms, knowingly made false statements and representations to the businesses listed below, which were intended and likely to deceive the business as to a fact material to the lawfulness of a sale of a firearm by the business, each of which was licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of each business listed below, in that the defendant, in connection with the purchase of each of the firearms below, stated that he was the actual transferee/buyer of the firearm, whereas in truth and fact, he was knowingly acquiring the firearm on behalf of another individual:

| Count | Date | Business | Firearms |
| --- | --- | --- | --- |
| 24 | 05/11/2024 | Turner's Outdoorsman | One (1) HS Produkt model Hellcat Pro, 9mm caliber pistol |
| 25 | 05/11/2024 | Turner's Outdoorsman | One (1) Ruger model AR-556, 5.56 caliber rifle |

All in violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2)

## FORFEITURE ALLEGATION

Upon conviction of Counts 1 through 25 of the Indictment, the defendants, EDUARDO SILVA, RAFAEL SILVA-FREGOSO, and ROBERTO RODRIGUEZ-MORA, shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c), any firearms and ammunition involved in the commission of the offense, including, but not limited to:

| Line # | Asset Description | Serial Number |
|---|---|---|
| 1 | One (1) Umarex model HK416D, .22 caliber rifle | HB042106 |
| 2 | One (1) Smith and Wesson model M&P 22, .22 caliber pistol | PJW3582 |
| 3 | One (1) Walther model WMP, .22 caliber pistol | WT023404 |
| 4 | One (1) Mossberg model 600AT, 12-gauge shotgun | G850133 |
| 5 | One (1) Smith and Wesson model M&P 22, .22 caliber pistol | PJZ5531 |
| 6 | One (1) Keltec CNC Industries model PMR-30, .22 caliber pistol | WYNX61 |
| 7 | One (1) Colt model Government, .38 caliber pistol | GV036211 |
| 8 | One (1) Walther model Colt Government, .22 caliber pistol | WD096261 |
| 9 | One (1) CZ model CZ 600 ST2, .308 caliber rifle | H173169 |
| 10 | One (1) Marlin Firearms Co. model Glenfield 60, .22 caliber rifle | 26386863 |
| 11 | One (1) Ruger model 10/22, .22 caliber rifle | R75-36216 |
| 12 | One (1) Smith and Wesson model M&P 22 Magnum, .22 caliber pistol | PKK1135 |
| 13 | One (1) Beretta model 80X Cheetah, .380 caliber pistol | Y031490X |

*United States of America v. Eduardo Silva, et al.*
*Indictment Page 5 of 7*

| | | |
|---|---|---|
| 14 | One (1) Remington Arms model 870 Express Magnum, 12-gauge shotgun | A994034M |
| 15 | One (1) Winchester model 290, .22 caliber rifle | 557014 |
| 16 | One (1) Istanbul Arms model Winchester SXP, 12-gauge shotgun | TR6024-009087SP |
| 17 | One (1) Ruger model 10/22, .22 caliber rifle | R75-35192 |
| 18 | One (1) Ruger model 10/22, .22 caliber rifle | 0012-55958 |
| 19 | One (1) Armscor model M1911-A1 FS, .38 caliber pistol | RIA2362077 |
| 20 | One (1) Sig Saur model P322, .22 caliber pistol | 73A168837 |
| 21 | One (1) Ruger model 01103, .22 caliber rifle | 0024-69054 |
| 22 | One (1) Ruger model 10/22, .22 caliber rifle | R75-76708 |
| 23 | One (1) Beretta model 80X Cheetah, .380 caliber pistol | Y030099X |
| 24 | One (1) HS Produkt model Hellcat Pro, 9mm caliber pistol | BE216097 |
| 25 | One (1) Ruger model AR-556, 5.56 caliber rifle | 1851-47758 |

If any of the property described above, as a result of any act or omission of the defendant: a) cannot be located upon the exercise of due diligence; b) has been transferred or sold to, or deposited with, a third party; c) has been placed beyond the jurisdiction of the court; d) has been substantially diminished in value; or e) has been commingled with other property which cannot be divided without difficulty, it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of said defendant up to the value of the above forfeitable property, including, but not limited to, all property, both real and personal, owned by the defendant.

///

All pursuant to Title 18, United States Code, Section 924(d), Title 28, United States Code, Section 2461(c), and Rule 32.2(a), Federal Rules of Criminal Procedure.

A TRUE BILL

/S/

FOREPERSON OF THE GRAND JURY
Date: April 16, 2025

TIMOTHY COURCHAINE
United States Attorney
District of Arizona

REDACTED FOR
PUBLIC DISCLOSURE

/S/

ADAM D. ROSSI
Assistant U.S. Attorney

*United States of America v. Eduardo Silva, et al.*
*Indictment Page 7 of 7*